# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Helmick, Jeffrey J. | 2. Court or Organization<br><br>U.S. District Court, OH-N | 3. Date of Report<br><br>5/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1716 Spielbusch Avenue, Suite 210
Toledo, OH 43604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Maumee Valley Country Day School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 5/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 5/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express Gold (previously known as American Express) | Credit Card | K |
| 2. | Maumee Valley Country Day School | Tuition | K |
| 3. | Discover | Credit Card | K |
| 4. | American Express Delta | Credit Card | K |
| 5. | Chase | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. -Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 3. -Dodge & Cox Int'l Stock Fund | A | Int./Div. | K | T | | | | | |
| 4. -Doubleline Total Return Bond Fd | A | Interest | J | T | | | | | |
| 5. -Google, Inc. Stock Class A (Alphabet Inc) | A | Dividend | K | T | Sold (part) | 10/24/18 | J | | |
| 6. -Intel Corp. | A | Dividend | K | T | | | | | |
| 7. -iShares Core MSCI EAFE ETF | B | Int./Div. | L | T | | | | | |
| 8. -iShares Core S&P SMALL-CAP ETF | A | Int./Div. | K | T | | | | | |
| 9. -iShares Core S&P MID-CAP ETF | A | Int./Div. | K | T | | | | | |
| 10. -iShares Core S&P 500 ETF | A | Int./Div. | K | T | | | | | |
| 11. -JP Morgan US Equity Fund | A | Int./Div. | L | T | | | | | |
| 12. -Neuberger Berman Emerg Mkts Eqty | A | Int./Div. | J | T | | | | | |
| 13. -Vanguard Emerging Markets Fund | A | Int./Div. | J | T | | | | | |
| 14. -Western Asset Core Plus Bond | A | Interest | K | T | | | | | |
| 15. -KT Short Term Tax-Free Fund | A | Dividend | N | T | | | | | |
| 16. | A | Int./Div. | | | Sold (part) | 4/10/18 | J | | |
| 17. | A | Int./Div. | | | Sold (part) | 10/24/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -KT Short Term Deposit/Investment Fund | A | Dividend | J | T | | | | | |
| 19. -American Beacon Bridgeway | A | Int./Div. | K | T | | | | | |
| 20. IRA #1 (H) | | | | | | | | | |
| 21. -Merrill Lynch Cash/Money Account aka Bank of America NA RASP | A | Int./Div. | J | T | | | | | |
| 22. -Time Inc. Stock | A | Dividend | | | Sold | 02/02/18 | J | | |
| 23. -Time Warner Inc. Stock | A | Dividend | | | Sold | 06/15/18 | J | | |
| 24. -AT&T Inc Stock (NEW) | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 25. -Charter Communications Inc (formerly Time Warner Cable Inc. Stock) | A | Dividend | J | T | | | | | |
| 26. Deferred Compensation #1 (H) | | | | | | | | | |
| 27. -Ohio DC Intermediate Bond | A | Int./Div. | J | T | | | | | |
| 28. -Ohio DC Stable Value Option | A | Int./Div. | K | T | | | | | |
| 29. -Ohio DC Small-Cap Value (X) | A | Dividend | J | T | | | | | |
| 30. -Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 31. -Fidelity Contrafund CP (Formerly Fidelity Contrafund) | A | Dividend | L | T | | | | | |
| 32. -Vanguard Capital Opportunity Stock Fund | B | Dividend | K | T | | | | | |
| 33. MetLife Whole Life (H) | A | Int./Div. | K | T | | | | | |
| 34. Fidelity Investments (formerly Morgan Stanley) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -3M Company Stock | A | Dividend | J | T | | | | | |
| 36.   -Amazon Com Inc Stock | A | Dividend | K | T | | | | | |
| 37.   -American Water Works Co Stock | A | Dividend | J | T | | | | | |
| 38.   -AT&T Inc Stock | A | Dividend | J | T | | | | | |
| 39.   -Bank of Hawaii Corp Stock | A | Dividend | J | T | | | | | |
| 40.   -Cincinnati Financial Corp Stock | A | Dividend | J | T | | | | | |
| 41.   -CME Group Inc Stock | A | Dividend | K | T | | | | | |
| 42.   -Comcast Corp (New) Class A Stock | A | Dividend | J | T | | | | | |
| 43.   -Harbor Intl Inst (Y) | | | | | | | | | |
| 44.   -Honeywell Intl Inc Stock | A | Dividend | J | T | | | | | |
| 45.   -Intel Corp Stock | A | Dividend | K | T | | | | | |
| 46.   -iShares Core MSCI EAFE ETF | C | Int./Div. | | | Sold | 10/18/18 | M | E | |
| 47.   -iShares Russell MID-CAP ETF | A | Int./Div. | K | T | | | | | |
| 48.   -JPMorgan Chase & Co Stock | A | Dividend | J | T | | | | | |
| 49.   -Kraft Heinz Co Stock | A | Dividend | J | T | | | | | |
| 50.   -McDonalds Corp Stock | A | Dividend | J | T | | | | | |
| 51.   -MetLife Inc Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Microsoft Corp Stock | A | Dividend | K | T | | | | | |
| 53. -Oracle Corp Stock | A | Dividend | J | T | | | | | |
| 54. -Pepsico Inc NC Stock | A | Dividend | J | T | | | | | |
| 55. -Pfizer Inc Stock | A | Dividend | J | T | | | | | |
| 56. -Phillip Morris Intl Inc Stock | A | Dividend | J | T | | | | | |
| 57. -PNC Finl Svcs GP Stock | A | Dividend | J | T | | | | | |
| 58. -Republic Services Inc Stock | A | Dividend | J | T | | | | | |
| 59. -Rockwell Automation Inc Stock | A | Dividend | J | T | | | | | |
| 60. -iShares Core S&P 500 ETF (formerly S & P 500 Index Fund) | A | Int./Div. | K | T | | | | | |
| 61. -Sherwin Williams Co Ohio Stock | A | Dividend | J | T | | | | | |
| 62. -United Technologies Corp Stock | A | Dividend | J | T | | | | | |
| 63. -Verizon Communications Stock | A | Dividend | K | T | | | | | |
| 64. -Wells Fargo & Co NEW Stock | A | Dividend | J | T | | | | | |
| 65. -Welltower Inc Stock | A | Dividend | J | T | | | | | |
| 66. -Biogen Inc | A | Dividend | J | T | | | | | |
| 67. -Boeing Co | A | Int./Div. | J | T | | | | | |
| 68. -Merck & Co Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Helmick, Jeffrey J. | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| ☐ | NONE *(No reportable income, assets, or transactions.)* |
| --- | --- |

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Qualcomm Inc | A | Dividend | J | T | | | | | |
| 70. -Eaton Vance Tax Mgd Div Equ FD | A | Dividend | J | T | | | | | |
| 71. -First TR Morningstar Div | A | Dividend | J | T | | | | | |
| 72. -iShares iBoxx | A | Dividend | J | T | | | | | |
| 73. -iShares iBoxx Invest | A | Dividend | J | T | | | | | |
| 74. -iShares Russell MID-CAP G ETF | A | Dividend | J | T | | | | | |
| 75. -iShares Russell MID-CAP V ETF | A | Dividend | J | T | | | | | |
| 76. -Invesco Vari Rate Preferred (formerly Powershares Variable Rate) | A | Dividend | K | T | | | | | |
| 77. -Pioneer Strategic Income | A | Int./Div. | J | T | | | | | |
| 78. -Vanguard Reit Etf | A | Dividend | J | T | | | | | |
| 79. -Pimco Foreign Bd US $ Hedged | A | Dividend | J | T | | | | | |
| 80. -Apple Inc | A | Int./Div. | J | T | | | | | |
| 81. -Alphabet Inc (Google) | A | Int./Div. | J | T | | | | | |
| 82. -American Express | A | Int./Div. | J | T | | | | | |
| 83. -Fidelity Government Cash Reserves (X) | A | Interest | J | T | | | | | |
| 84. -Garrett Motion Inc Stock (distribution from Honeywell) (X) | A | Distribution | J | T | | | | | |
| 85. -Resideo Technologies Corp (Distribution from Honeywell) (X) | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 5/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding "Trust #1", the first listing in Part VII, _____ is the sole beneficiary of the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey J. Helmick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544